

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-19-00694-CV

Felicidad **MARTINEZ,**
Appellant

v.

**CITY OF LAREDO,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK000800D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellee's brief was originally due on September 16, 2020, but was not filed. We notified appellee's counsel of the deficiency on September 22, 2020. In that notice, we cautioned appellee that if we did not receive an adequate response by October 2, 2020, we would set this appeal at issue without an appellee's brief. On October 2, 2020, appellee filed a motion requesting a forty-five day extension of time to file its brief. After consideration, we **GRANT** appellee's motion and **ORDER** appellee to file its brief **by November 2, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court